FILED
CLERK, U.S. DISTRICT COURT

12/20/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ bm _____ DEPUTY

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   AMANDA B. ELBOGEN (Cal. Bar No. 332505)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-5748
7       Facsimile:  (213) 894-0141
        E-mail:     amanda.elbogen@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          CR   2:24-cr-00761-PA

13           Plaintiff,               [PROPOSED] ORDER SEALING
                                      INDICTMENT AND RELATED DOCUMENTS
14              v.
                                      **(UNDER SEAL)**
15  WEIJUN ZHENG,
        aka "Sonic,"
16  HEXI WANG,
    JIN LIU,
17      aka "Mark,"
    DONG LIN,
18      aka "Liam,"
    DANIEL ACOSTA HOFFMAN,
19      aka "Slinks,"
    JESSE JAMES ROSALES,
20  ANDY ESTUARDO CASTILLO PEREZ,
    MARCK ANTHONY GOMEZ, and
21  GALVIN BIAO LIUFU,

22           Defendants.

23

24       For good cause shown, IT IS HEREBY ORDERED THAT:

25       Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the

26  indictment and any related documents in the above-titled case (except

27  the arrest warrants), the government's sealing application, and this

28

                                  1

order shall be kept under seal until such time as the government

files a "Report Commencing Criminal Action" in this matter.


 12/20/2024

DATE

 /s/

HONORABLE JEAN ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

2

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____        _____
DATE                                    HONORABLE
                                        UNITED STATES MAGISTRATE JUDGE

3