JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
COLIN S. SCOTT (Cal. Bar No. 318555)
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3159/5748
    Facsimile: (213) 894-0141
    E-mail:   colin.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>Zheng et al.,<br><br>      Defendant. | No. 24-CR-00761<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:**   March 18, 2025 (Defendants Wang, Liu, Lin, Hoffman, Rosales, Gomez, and Liufu,) March 25, 2025 (Andy Estuardo Castillo Perez)<br>**PROPOSED TRIAL DATE:**   December 8, 2025 |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Colin S. Scott and Amanda B. Elbogen, and defendants Hexi Wang (#2), Jin Liu (#3), Dong Lin (#4), Daniel Acosta Hoffman (#5), Jesse James Rosales (#6), Andy Estuardo Castillo Perez (#7), Marck Anthony Gomez (#8), and

Galvin Biao Liufu (#9) ("defendants"), both individually and by and through their counsel of record hereby stipulate as follows:

1. The Indictment in this case was made public on January 24, 2025. Defendants Hexi Wang (#2), Jin Liu (#3), Dong Lin (#4), Daniel Acosta Hoffman (#5), Jesse James Rosales (#6), Marck Anthony Gomez (#8), and Galvin Biao Liufu (#9) first appeared before a judicial officer of the court in which the charges in this case were pending on January 24, 2025. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before April 4, 2025.

2. Defendant Andy Estuardo Castillo Perez (#7) first appeared before a judicial officer of the court in which the charges case were pending on January 29, 2025. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before April 9, 2025.

3. Defendant Weijun Zheng is a fugitive.

4. On January 24, 2025, the Court set a trial date of March 18, 2025 for Hexi Wang (#2), Jin Liu (#3), Dong Lin (#4), Daniel Acosta Hoffman (#5), Jesse James Rosales (#6), Marck Anthony Gomez (#8), and Galvin Biao Liufu (#9).

5. On January 29, 2025, the Court set a trial date of March 25, 2025 for Andy Estuardo Castillo Perez (#7).

6. Defendants Hexi Wang (#2), Jin Liu (#3), Dong Lin (#4), Daniel Acosta Hoffman (#5), Jesse James Rosales (#6), Andy Estuardo Castillo Perez (#7), Marck Anthony Gomez (#8), and Galvin Biao Liufu (#9) are released on bond. The parties estimate that the trial in this matter will last approximately fourteen days. All defendants are joined for trial and a severance has not been granted.

7.    By this stipulation, defendants move to continue the trial date to December 8, 2025.  This is the first request for a continuance.

8.    Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.    Defendants Hexi Wang (#2), Daniel Acosta Hoffman (#5), Jesse James Rosales (#6), Andy Estuardo Castillo Perez (#7), and Marck Anthony Gomez (#8) are charged with a violation of 18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 549: Breaking Custom Seals; and 18 U.S.C. § 545: Smuggling.  Defendants Jin Liu (#3) and Dong Lin (#4) are charged with a violation of 18 U.S.C. § 371: Conspiracy. Discovery in this complex case is voluminous.  The government is negotiating the entry of a protective orders with defendants in this case for the provision of discovery to defendants.  This data includes approximately over 4,000 files, which includes investigatory reports, search warrants, and as well as audio and video files.  The government has made discovery available to all defense counsel for inspection, and is currently working to transfer the voluminous discovery to the defendants that have agreed to the Court's protective order in this case.

b.    Due to the nature of the prosecution and the number of defendants including the charges in the indictment and the voluminous discovery produced to defendants, this case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits.

1          c.   Defense counsel represent that they have various

2    substantive obligations between now and the current trial date, which

3    necessitate the continuance of the trial to December 8, 2025.  The

4    list of obligations for defense counsel is attached hereto as

5    Appendix A and is incorporated as if fully set forth herein.

6          d.   In light of the foregoing, counsel for defendants also

7    represent that additional time is necessary to confer with

8    defendants, conduct and complete an independent investigation of the

9    case, conduct and complete additional legal research including for

10   potential pre-trial motions, review the discovery and potential

11   evidence in the case, and prepare for trial in the event that a

12   pretrial resolution does not occur.  Defense counsel represent that

13   failure to grant the continuance would deny them reasonable time

14   necessary for effective preparation, taking into account the exercise

15   of due diligence.

16         e.   Defendants believe that failure to grant the

17   continuance will deny them continuity of counsel and adequate

18   representation.

19         f.   The government does not object to the continuance.

20         g.   The requested continuance is not based on congestion

21   of the Court's calendar, lack of diligent preparation on the part of

22   the attorney for the government or the defense, or failure on the

23   part of the attorney for the Government to obtain available

24   witnesses.

25   9.   For purposes of computing the date under the Speedy Trial

26   Act by which Defendants Hexi Wang (#2), Jin Liu (#3), Dong Lin (#4),

27   Daniel Acosta Hoffman (#5), Jesse James Rosales (#6), Marck Anthony

28   Gomez (#8), and Galvin Biao Liufu (#9) trial must commence, the

1  parties agree that the time period of March 18, 2025 to December 8,

2  2025, inclusive, should be excluded pursuant to 18 U.S.C.

3  §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv)

4  because the delay results from a continuance granted by the Court at

5  defendant's request, without government objection, on the basis of

6  the Court's finding that: (i) the ends of justice served by the

7  continuance outweigh the best interest of the public and defendant in

8  a speedy trial; (ii) failure to grant the continuance would be likely

9  to make a continuation of the proceeding impossible, or result in a

10  miscarriage of justice; (iii) the case is so unusual and so complex,

11  due to the nature of the prosecution and the number of defendants,

12  that it is unreasonable to expect preparation for pre-trial

13  proceedings or for the trial itself within the time limits

14  established by the Speedy Trial Act; and (iv) failure to grant the

15  continuance would unreasonably deny defendant continuity of counsel

16  and would deny defense counsel the reasonable time necessary for

17  effective preparation, taking into account the exercise of due

18  diligence.

19      10.  For purposes of computing the date under the Speedy Trial

20  Act by which Defendant Andy Estuardo Castillo Perez (#7) trial must

21  commence, the parties agree that the time period of March 25, 2025 to

22  December 8, 2025, inclusive, should be excluded pursuant to 18 U.S.C.

23  §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv)

24  because the delay results from a continuance granted by the Court at

25  defendant's request, without government objection, on the basis of

26  the Court's finding that: (i) the ends of justice served by the

27  continuance outweigh the best interest of the public and defendant in

28  a speedy trial; (ii) failure to grant the continuance would be likely

to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution and the number of defendants, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

11.    Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: February 14, 2025          Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

_____/s/_____
COLIN S. SCOTT
AMANDA B. ELBOGEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I am Hexi Wang's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than March 18, 2025 is an informed and voluntary one.

_____        _____
ADAM H. BRAUN                                                2/12/25
Attorney for Defendant                               Date
Hexi Wang


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than March 18, 2025. I understand that I will be ordered to appear in Courtroom 9A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on December 8, 2025 at 8:30 a.m.

_____        _____
Hexi Wang                                                     2/12/25
Defendant                                                 Date

1    I am Jin Liu's attorney.  I have carefully discussed every part

2  of this stipulation and the continuance of the trial date with my

3  client. I have fully informed my client of his Speedy Trial rights.

4  To my knowledge, my client understands those rights and agrees to

5  waive them.  I believe that my client's decision to give up the right

6  to be brought to trial earlier than March 18, 2025 is an informed and

7  voluntary one.

ROBERT C. HSU                          2/13/2025
Attorney for Defendant                 Date
Jin Liu

12    I have read this stipulation and have carefully discussed it

13  with my attorney.  This agreement has been read to me in Mandarin,

14  the language I understand best, and I have carefully discussed every

15  part of it with my attorney.  I understand my Speedy Trial rights.  I

16  voluntarily agree to the continuance of the trial date, and give up

17  my right to be brought to trial earlier than March 18, 2025.  I

18  understand that I will be ordered to appear in Courtroom 9A of the

19  Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

20  December 8, 2025 at 8:30 a.m.

JIN LIU                                2-13-2025
Defendant                              Date

1

**CERTIFICATION OF INTERPRETER**

2      I, _____ am fluent in the written and spoken English and

3  Mandarin languages.  I accurately translated this entire agreement

4  from English into Mandarin to defendant Liu on this date.

5

6  _____          2/13/2025
                                      Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

1     I am Dong Lin's attorney.  I have carefully discussed every part

2   of this stipulation and the continuance of the trial date with my

3   client. I have fully informed my client of his Speedy Trial rights.

4   To my knowledge, my client understands those rights and agrees to

5   waive them.  I believe that my client's decision to give up the right

6   to be brought to trial earlier than March 18, 2025 is an informed and

7   voluntary one.

8

_____          _____2-12-25_____

9   ROBERT DARREN CORNFORTH                  Date
    Attorney for Defendant

10  DONG LIN

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney.  This agreement has been read to me in Mandarin,

14  the language I understand best, and I have carefully discussed every

15  part of it with my attorney.  I understand my Speedy Trial rights.  I

16  voluntarily agree to the continuance of the trial date, and give up

17  my right to be brought to trial earlier than March 18, 2025.  I

18  understand that I will be ordered to appear in Courtroom 9A of the

19  Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

20  December 8, 2025 at 8:30 a.m.

21

_____          _____2/12/2025_____

22  DONG LIN                                 Date
    Defendant

23

24

25

26

27

28

1

### CERTIFICATION OF INTERPRETER

2    I, Simon Yau, am fluent in the written and spoken English and

3 Mandarin languages.   I accurately translated this entire agreement

4 from English into Mandarin to defendant Lin on this date.

5

6 _____          2/12/2025
                                              Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I am Daniel Acosta Hoffman's attorney.  I have carefully
2    discussed every part of this stipulation and the continuance of the
3    trial date with my client. I have fully informed my client of his
4    Speedy Trial rights.  To my knowledge, my client understands those
5    rights and agrees to waive them.  I believe that my client's decision
6    to give up the right to be brought to trial earlier than March 18,
7    2025 is an informed and voluntary one.
8    _____          February 12, 2025
     RICHARD W. RAYNOR                        Date
9    Attorney for Defendant
     Daniel Acosta Hoffman
10
11
12   I have read this stipulation and have carefully discussed it
13   with my attorney. I understand my Speedy Trial rights.  I voluntarily
14   agree to the continuance of the trial date, and give up my right to
15   be brought to trial earlier than March 18, 2025.  I understand that I
16   will be ordered to appear in Courtroom 9A of the Federal Courthouse,
17   350 W. 1st Street, Los Angeles, California on December 8, 2025 at
18   8:30 a.m.
19   _Daniel Acosta Hoffman_                  02/12/25
     Daniel Acosta Hoffman                    Date
20   Defendant
21
22
23
24
25
26
27
28

13

1    I am Jesse James Rosales's attorney.  I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights.  To my knowledge, my client understands those rights and

5   agrees to waive them.  I believe that my client's decision to give up

6   the right to be brought to trial earlier than March 18, 2025 is an

7   informed and voluntary one.

8   _____          February 7, 2025

9   IAN MICHAEL WALLACH                        Date
    Attorney for Defendant
10  Jesse James Rosales

11

12   I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than March 18, 2025.  I understand that I

16  will be ordered to appear in Courtroom 9A of the Federal Courthouse,

17  350 W. 1st Street, Los Angeles, California on December 8, 2025 at

18  8:30 a.m.

19  _____          2/7/25

20  Jesse James Rosales                        Date
    Defendant

21

22

23

24

25

26

27

28

13

1       I am Andy Estuardo Castillo Perez's attorney.  I have carefully
2   discussed every part of this stipulation and the continuance of the
3   trial date with my client. I have fully informed my client of his
4   Speedy Trial rights.  To my knowledge, my client understands those
5   rights and agrees to waive them.  I believe that my client's decision
6   to give up the right to be brought to trial earlier than March 25,
7   2025 is an informed and voluntary one.

8   *Katherine C. McBroom*          02/13/25
9   KATHERINE McBroom          Date
    Attorney for Defendant
10  ANDY ESTUARDO CASTILLO PEREZ

11

12      I have read this stipulation and have carefully discussed it
13  with my attorney.  This agreement has been read to me in Spanish, the
14  language I understand best, and I have carefully discussed every part
15  of it with my attorney.  I understand my Speedy Trial rights.  I
16  voluntarily agree to the continuance of the trial date, and give up
17  my right to be brought to trial earlier than March 25, 2025.  I
18  understand that I will be ordered to appear in Courtroom 9A of the
19  Federal Courthouse, 350 W. 1st Street, Los Angeles, California on
20  December 8, 2025 at 8:30 a.m.

21  Andy Castillo (Feb 13, 2025 20:05 PST)      02/13/2025
22  ANDY ESTUARDO CASTILLO PEREZ     Date
    Defendant
23

24

25

26

27

28

## CERTIFICATION OF INTERPRETER

I, Monica Desiderio, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant Castillo Perez on this date.

*Monica Desiderio*                                    02/13/2025
_____                    _____
                                              Date

15

I am Marck Anthony Gomez's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than March 18, 2025 is an informed and voluntary one.

_Julia Deixler_ _____        2/12/25 _____
Julia Deixler                               Date
Attorney for Defendant
Marck Anthony Gomez

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than March 18, 2025.  I understand that I will be ordered to appear in Courtroom 9A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on December 8, 2025 at 8:30 a.m.

_____        02/12/2025 _____
Marck Anthony Gomez                       Date
Defendant

1       I am Galvin Biao Liufu's attorney. I have carefully discussed

2   every part of this stipulation and the continuance of the trial date

3   with my client. I have fully informed my client of his Speedy Trial

4   rights. To my knowledge, my client understands those rights and

5   agrees to waive them. I believe that my client's decision to give up

6   the right to be brought to trial earlier than March 18, 2025 is an

7   informed and voluntary one.

8    

9   Curtis V. Leftwich          2/12/25
   Attorney for Defendant    Date

10  Galvin Biao Liufu

11

12      I have read this stipulation and have carefully discussed it

13  with my attorney. ~~This agreement has been read to me in Mandarin,~~

14  ~~the language I understand best, and~~ I have carefully discussed every

15  part of it with my attorney. I understand my Speedy Trial rights. I

16  voluntarily agree to the continuance of the trial date, and give up

17  my right to be brought to trial earlier than March 18, 2025. I

18  understand that I will be ordered to appear in Courtroom 9A of the

19  Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

20  December 8, 2025 at 8:30 a.m.

21                         02/12/2025

22  Galvin Biao Liufu        Date
   Defendant

23

24

25

26

27

28