# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT

1/28/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY

PACTS No: 9560983

**Passport Receipt**

Defendant Name: Hexi Wang

Name on passport, if different: enter text.

Country of Origin: United States

Passport Number: ▮▮▮▮▮▮

Date passport issued: August 29, 2019

Expiration date of passport: August 28, 2029

Ordered by court in the Central District of California

Docket Number: 2:24CR00761-2

U.S. Probation & Pretrial Services

Edward R. Roybal Federal Building and
U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA  90012

---

X  *Siyu Zhang    girl friend*
Surrendered By

X  1/28/25
Date

Ninetta Smith, AAPO  *[signature]*
Received By

January 28, 2025   1/28/25
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)

enter text.